1  James J. Arendt, Esq.        Bar No. 142937
   Michael R. Linden, Esq.      Bar No. 192485
2        THE LAW FIRM OF
         WEAKLEY, RATLIFF,
3      ARENDT & MCGUIRE, LLP
       1630 East Shaw Avenue, Suite 176
4        Fresno, California   93710

5     Telephone: (559) 221-5256
      Facsimile:  (559) 221-5262
6
   Attorneys for Defendant/Cross-Claimant, COUNTY OF MADERA
7

8
                    **UNITED STATE DISTRICT COURT**
9
              **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
10

11  BLANCA MARTINEZ, ALEJANDRO      ) CASE NO.  CIV-F-04-5919 OWW SMS
    FUENTES, et al.                 )
12                                  ) **STIPULATION AND ORDER FOR LEAVE**
          Plaintiffs.               ) **TO FILE SECOND AMENDED ANSWER**
13                                  )
          vs.                       )
14                                  )
    COUNTY OF MADERA, et al.        ) Trial:   TBA
15                                  )
          Defendants.               )
16  _____)

17       THE PARTIES, through their respective counsel, have stipulated to Defendant/Cross-

18  Defendant COUNTY OF MADERA's filing of a second amended answer.  Said proposed Second

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

---
Stipulation and Order

Amended Answer is attached hereto as Exhibit "A".

DATED: May 2, 2005

                      WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                      By:   /s/
                             James J. Arendt
                             Attorneys for Defendant/Cross-Claimant, COUNTY OF MADERA

DATED: April 22, 2005

                      BONNE, BRIDGES, MUELLER, O'KEEFE & NICHOLS

                      By:   /s/
                             Mark B. Connely
                             Attorney for Defendant/Cross-Defendant, CORRECTIONAL MANAGED CARE MEDICAL CORPORATION

DATED: April 19, 2005

                      By:   /s/
                             Steven A. Geringer
                             Attorney for Plaintiffs, BLANCA MARTINEZ, et al.

**ORDER**

**IT IS SO ORDERED.**

DATED: May 3, 2005

                      /s/ OLIVER W. WANGER

                      Honorable Oliver W. Wanger
                      United States District Court Judge