James J. Arendt, Esq.           Bar No. 142937
Michael R. Linden, Esq.         Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant COUNTY OF MADERA

## UNITED STATE DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BLANCA MARTINEZ, ALEJANDRO FUENTES, et al.<br><br>Plaintiffs.<br><br>vs.<br><br>COUNTY OF MADERA, et al.<br><br>Defendants.<br>_____ | CASE NO.  CIV-F-04-5919 OWW SMS<br><br>**ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT, WITH LEAVE TO AMEND** |

Defendant COUNTY OF MADERA's Motion to Dismiss the First Amended Complaint ("FAC") of plaintiffs Blanca Martinez, Alejandro Fuentes, David Fuentes, Delmy Gonzalez, Sera Mena, Martha Iniguez, Noemi Zuelma-Castillos, Blanca Fuentes, Marlene Johnson, Rosalina Fuentes, Moises I. Fuentes, Jr., and Ana P. Fuentes (collectively hereinafter referred to as "Plaintiffs"), pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 12(b)(6), or alternatively, Motion for a More Definite Statement under FRCP 12(e), came for a hearing before the Honorable Oliver W. Wanger, District Judge of the United States District Court for the Eastern District of California, on Monday, October 3, 2005, at 10:00 a.m.   The moving defendant was represented at the hearing by Michael R. Linden, Esq., of the Law Firm of Weakley, Ratliff, Arendt

& McGuire, LLP. Plaintiffs' counsel was not present at the hearing, but filed a Statement of Non-Opposition prior to the hearing.

After full consideration of the moving papers, as well as representations made by counsel for the moving defendant at the hearing, it is hereby ordered as follows:

The motion to dismiss Plaintiffs' claims pursuant to a survival action, on the basis of a lack of standing, is granted with leave to amend.

The motion to dismiss Plaintiffs' claims pursuant to a wrongful death action, on the basis of a lack of standing, is granted with leave to amend.

The motion to dismiss Plaintiffs' Federal claims against defendant County of Madera, pursuant to *Monell v. Department of Social Services*, 436 U.S. 658 (1978), is granted with leave to amend.

The motion to dismiss Plaintiffs' state law claims against defendant County of Madera for failure to allege compliance with the California Tort Claims Act is granted, with leave to amend.

The motion for a more definite statement is denied as moot.

Plaintiffs' Second Amended Complaint shall be filed and served within ten (10) days of the Notice of Entry of this Order.

It is so Ordered.

DATED this _8__ day of NOVEMBER, 2005.

__/s/ OLIVER WANGER_____
The Honorable Oliver W. Wanger
Judge of the United States District Court
for the Eastern District of California