James J. Arendt, Esq.     Bar No. 142937
Michael R. Linden, Esq.   Bar No. 192485
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant/Cross-Claimant, COUNTY OF MADERA

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BLANCA MARTINEZ, ALEJANDRO FUENTES, et al. | CASE NO.  CIV-F-04-5919 OWW SMS |
| Plaintiffs. | **STIPULATION AND ORDER** |
| vs. | |
| COUNTY OF MADERA, et al. | Trial:   October 24, 2006 |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

| | **Previous Date** | **New Date** |
|---|---|---|
| Expert Witness Designation | March 31, 2006 | May 26, 2006 |
| Expert Discovery Cutoff | May 31, 2006 | June 30, 2006 |

Respectfully submitted,

DATED: March 29, 2006

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/   James J. Arendt
James J. Arendt
Attorneys for Defendant/Cross-Claimant, COUNTY OF MADERA

Stipulation and Order

1  DATED: March 29, 2006

2                                          HALL, HIEATT & CONNELY, LLP

3

4                              By:    /s/   Mark B. Connely
                                      Mark B. Connely
5                                     Attorney for Defendant/Cross-Defendant,
                                      CORRECTIONAL MANAGED CARE MEDICAL
6                                     CORPORATION
   DATED: March 30, 2006
7

8
                               By:    /s/   Steven A. Geringer
9                                     Steven A. Geringer
                                      Attorney for Plaintiffs, BLANCA MARTINEZ, et al.
10

11                                    **ORDER**

12      **IT IS SO ORDERED.**
   IT IS SO ORDERED.
13
        **Dated:   March 30, 2006**              **/s/ Oliver W. Wanger**
14      emm0d6                                   UNITED STATES DISTRICT JUDGE

Stipulation and Order                2