James J. Arendt, Esq.      Bar No. 142937
Michael R. Linden, Esq.    Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant COUNTY OF MADERA

## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MOISES I. FUENTES, JR., and ANA P. FUENTES, by and through their Guardian ad Litem, BLANCA MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MADERA, et al.,<br><br>Defendants.<br>_____ | CASE NO. 1:04-cv-05919 OWW SMS<br><br>**ORDER GRANTING MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES** |

    The Motion to Compel Further Responses to Interrogatories of defendant COUNTY OF MADERA (collectively hereinafter "defendant COUNTY") came for a hearing before the Honorable Sandra M. Snyder, United States Magistrate Judge, Courtroom 7, on Friday, June 2, 2006, at 9:30 a.m. Defendant COUNTY was represented by Michael R. Linden, Esq., of the Law Firm of Weakley, Ratliff, Arendt & McGuire LLP. Defendant CORRECTIONAL MANAGED CARE MEDICAL CORPORATION was represented by Julie C. Grebel, Esq., of Hall, Hieatt & Connely, LLP. No appearance was made on behalf of plaintiffs MOISES I. FUENTES, JR., and ANA P. FUENTES, by and through their Guardian ad Litem, BLANCA MARTINEZ.

///

Order Granting Motion to Compel

1   After full consideration of the Joint Statement of Discovery Dispute, as well as arguments
2   made by counsel for at the hearing, it is hereby ordered as follows:
3   The motion to compel is GRANTED.
4   Plaintiffs shall provide further responses to defendant COUNTY's Interrogatories, Set No.
5   1, Interrogatory Nos. 2-4, 6-23, within ten (10) days after the Notice of Entry of the instant Order.

10  IT IS SO ORDERED.
11  **Dated:   June 16, 2006**           **/s/ Sandra M. Snyder**
    icido3                                UNITED STATES MAGISTRATE JUDGE