UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MARTINEZ, et al., ) | 1:04-CV-5919-OWW-SMS |
| ) | |
| Plaintiffs, ) | ORDER VACATING HEARING ON THE |
| v.      ) | MOTION OF PLAINTIFF'S COUNSEL TO |
| ) | WITDHRAW (DOC. 45) AND DEEMING |
| COUNTY OF MADERA, et al., ) | THE MOTION TO BE SUBMITTED TO THE |
| ) | COURT FOR DECISION |
| Defendants. ) | |
| ) | **Vacated Hearing Date:** |
| ) | **June 30, 2006, at 9:30 a.m.** |

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff's counsel Steven A. Geringer to withdraw as Plaintiff's attorney is a matter that may appropriately be submitted upon the record and briefs. The Court further notes that no opposition to the motion has been filed, and thus pursuant to Local rule 78-230(c), no party would be entitled to be heard in opposition to the motion at oral argument.

1

Accordingly, the hearing on the motion, presently set for June 30, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   June 26, 2006**                                   /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE