1    James J. Arendt, Esq.          Bar No. 142937
     Michael R. Linden, Esq.        Bar No. 192485
2

3        THE LAW FIRM OF
     WEAKLEY, RATLIFF,
     ARENDT & McGUIRE, LLP
4      1630 East Shaw Avenue, Suite 176
         Fresno, California  93710
5
       Telephone: (559) 221-5256
6      Facsimile:  (559) 221-5262

7    Attorneys for Defendant, COUNTY OF MADERA

8

9                   UNITED STATE DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

12   MOISES I. FUENTES, JR., and ANA P.      )  CASE NO.  CIV-F-04-5919 OWW SMS
     FUENTES, by and through their Guardian ad )
13   Litem, BLANCA MARTINEZ,                 )
                                             )   ORDER GRANTING DEFENDANT
                                             )   COUNTY OF MADERA'S MOTION TO
              Plaintiffs,                    )   DISMISS
14                                           )
              vs.                            )
15                                           )  Date:   August 21, 2006
                                             )  Time:  10:00a.m.
16   COUNTY OF MADERA, et al.,               )  Ctrm.: 3
                                             )
              Defendants.                    )  Trial:  October 24, 2006
17                                           )
                                             )
18   _____)
                                             )
19

20         Defendant COUNTY OF MADERA's Motion to Dismiss pursuant to Federal Rules of Civil

21   Procedure, rule 41(b), or alternatively, Motion for Default Judgment, pursuant to the Federal Rules

22   of Civil Procedure, rule 37(b)(2)(C), came on for hearing before the Honorable Oliver W. Wanger,

23   District Judge of the United States District Court for the Eastern District of California, on Monday,

24   August 21, 2006, at 10:00 a.m.   The moving defendant was represented at the hearing by Michael

25   R. Linden, Esq., of the Law Firm of Weakley, Ratliff, Arendt & McGuire, LLP.  Plaintiffs MOISES

26   I. FUENTES, JR., and ANA P. FUENTES, by and through their Guardian ad Litem, BLANCA

27   MARTINEZ (hereinafter "Plaintiffs"), in pro per, did not file an opposition to the aforementioned

28   motions, and were not present at the hearing.

_____
Order Granting Motion to Dismiss

1    After full consideration of the moving papers, as well as representations made by counsel for

2  the moving defendant at the hearing, it is hereby ordered as follows:

3    The motion to dismiss Plaintiffs' action as to defendant COUNTY OF MADERA is granted

4  with prejudice.

5    The motion for default judgment is denied as moot.

6    **IT IS SO ORDERED.**

7

8  DATED: September __7___, 2006

9                                    /s/ Oliver W. Wanger

10                                   _____
                                     Honorable Oliver W. Wanger
11                                   United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28